USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN HALL, *on behalf of herself and others similarly situated*,

           Plaintiff,

-against-

CITY OF NEW YORK,

           Defendants.

22-CV-10193 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

The Court is in receipt of the parties' revised notice forms. (Dkt. 43.) Judge Moses will hold a telephonic conference concerning the forms on **October 26, 2023** at **12:00 p.m.** A few minutes before 12:00 p.m., the parties are to call (888) 557-8511 and enter the access code 7746387.

Dated: New York, New York
       October 23, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**