UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN HALL, *on behalf of herself and others similarly situated*,

        Plaintiff,

-against-

CITY OF NEW YORK,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2023
```

22-CV-10193 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

    For the reasons stated on the record during today's telephonic conference, no later than **October 31, 2023**, the parties shall submit a revised form of notice of pendency, and related documents, together with a proposed scheduling order concerning the notice process. (*See* Dkt. 40 at 28-29.)

Dated: New York, New York
       October 26, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**