UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2023

DAWN HALL, on behalf of herself and others similarly situated,

        Plaintiff,

v.

CITY OF NEW YORK,

        Defendant.

Case No.: 1:22-cv-10193-GHW-BCM

## ~~[PROPOSED]~~ SCHEDULING ORDER REGARDING DISSEMINATION OF NOTICE PURSUANT TO SECTION 216(b) OF THE FAIR LABOR STANDARDS ACT

**WHEREAS**, on February 1, 2023, Plaintiff moved for conditional certification of a collective action under Section 216(b) of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA") and equitable tolling of the statute of limitations for all members of the proposed FLSA Collective; and

**WHEREAS**, on September 28, 2023, the Court granted Plaintiff's motion in part, and now permits Plaintiff to disseminate Notices of Pendency and Consent Forms to members of the FLSA Collective comprising all Construction Project Managers employed at the New York City Department of Housing and Preservation ("HPD") on or after December 2, 2019 via regular mail (ECF No. 46-1), email (ECF No. 46-2), text message (ECF No. 46-3), and to be posted in HPD's workplaces (ECF No. 46-4) (together, the "Notices").

**NOW, WHEREFORE**, the Court hereby sets the following scheduling Order regarding the Notices:

    a.    Plaintiff's counsel shall disseminate the Notices to the members of the conditionally certified FLSA Collective within seven (7) business days of the Court's approval

1

      of same;

b.     The notice period to remain open for a period of 60 days from the issuance of the Notices; and

c.     Plaintiff's Workplace Notice (ECF No. 46-4) to be posted in HPD's workplaces, at mutually agreed upon locations, within seven (7) business days of the Court's approval of the Notices and shall remain up through the end of the notice period.

**IT IS SO ORDERED.**

> The parties' Notices are APPROVED.

Date:   October 31, 2023

_____
BARBARA MOSES
United States Magistrate Judge