UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN HALL, *on behalf of herself and others similarly situated*,

                Plaintiff,

-against-

CITY OF NEW YORK,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/2023

22-CV-10193 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

    Judge Moses will hold a status conference at **10:00 a.m.** on **February 15, 2024**. No later than **February 8, 2024**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts, and advise the Court whether they seek a mediation reference or a judicially-supervised settlement conference. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
       December 5, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**