UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN HALL, *on behalf of herself and others similarly situated*,

        Plaintiffs,

-against-

CITY OF NEW YORK,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/15/2024__

22-CV-10193 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

    For the reasons discussed during today's status conference, defendant City of New York shall produce, for all opt-in plaintiffs, all overtime reports, pay statements, and timesheets, as maintained by the Financial Information Services Agency, Office of Payroll Administration, from January 1, 2020 to the present. Defendant shall produce these records on a rolling basis, as available, and shall **complete** its production no later than **March 6, 2024**.

    Judge Moses will hold a status conference at **10:00 a.m.** on **April 15, 2024**, in Courtroom 20A. No later than **April 8, 2024**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts, and advise the Court whether they seek a mediation reference or a judicially-supervised settlement conference. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
       February 15, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**