```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN HALL, *on behalf of herself and others similarly situated*,

        Plaintiffs,

-against-

CITY OF NEW YORK,

        Defendant.

22-CV-10193 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

    Due to a conflict in the Court's schedule, the status conference scheduled for April 15, 2024 is ADJOURNED to **April 18, 2024**, at **10:00 a.m.**

Dated: New York, New York
       February 16, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**