```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/16/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN HALL, et al.,

        Plaintiffs,

-against-

CITY OF NEW YORK,

        Defendant.

22-CV-10193 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      This action was referred to the Court-annexed Mediation Program on April 1, 2024. (Dkt. 80.) On August 15, 2024 (after two adjournments), the parties participated in their first mediation conference. On October 3, 2024 (after one additional adjournment), the parties participated in their second mediation conference.

      On October 28, 2024, the parties' third mediation conference, originally scheduled for November 4, 2024, was adjourned to December 17, 2024. On November 12, 2024, the parties submitted a joint letter to the Court, stating that "[w]hile the parties are cognizant that they have postponed mediation on two occasions, they continue to work amicably towards resolution," and requesting "that they be allowed to provide the Court with an update regarding settlement within one week of the parties' third (and hopefully final) mediation now scheduled for December 17, 2024." (Dkt. 90 at 1.) On November 13, 2024, the Court granted the parties' request and ordered that "[n]o later than one week after the conclusion of the scheduled mediation, the parties shall notify the Court whether they successful resolved the case," or, if not, "propose a scheduled for the remainder of the pre-trial period." (Dkt. 91 at 1.) The Court cautioned the parties that they "should not assume that the Court will continue to grant these adjournments." (*Id.*)

      On December 13, 2024, the Court was notified, via ECF, that the parties' third mediation conference, scheduled for December 17, 2024, has been adjourned to January 16, 2025.

      No later than **December 20, 2024**, the parties must submit a letter advising the Court as to the reason for the most recent adjournment of their mediation, and any other developments since their November 12, 2024 letter to the Court.

Dated: New York, New York
       December 16, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**