

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1/10/2025
```

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | SONYA GIDUMAL-CHAZIN<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-0890<br>Fax: (212) 356-1148<br>E-mail: schazin@law.nyc.gov |
|---|---|---|

**MEMO ENDORSED**

January 9, 2025

**BY ECF**
Honorable Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

> Application GRANTED. The parties must submit a status update regarding the outcome of mediation no later than **February 26, 2025**. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> January 10, 2025

Re:   Dawn Hall v. City of New York
      22 CV 10193 (GHW-BCM)

Dear Judge Moses:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorneys for Defendant representing the City of New York in the above-captioned proceeding. On behalf of the parties, please accept this joint status report and a request to adjourn the mediation set for January 16, 2025.

      As previously reported, it was identified that some Plaintiffs worked in more than one title capacity during the relevant timeframe. Defendant's counsel has been coordinating with our agency liaison to determine the status of these Plaintiffs so that alleged damages for work performed under all such titles can be covered in the mediation. During this process, additional documentation was deemed necessary to assess where each Plaintiff was working during the relevant period. While gathering this information, there was a death in the family of my client, who is integral to this case. As such, the client has been out of work and unable to finish compiling the relevant data needed to complete the damage calculations required for the mediation. The client is expected to return to work next week and will immediately continue compiling the relevant records.

      In the meantime, the parties contacted the mediator, who advised that they are available for a rescheduled mediation on February 19, 2025. While the parties recognize that the mediation has been postponed on multiple occasions, they remain committed to working collaboratively toward a resolution and are optimistic that final resolution of this case can be reached at the mediation.

In light of the above, the parties respectfully request to submit a status update regarding settlement progress following the February 19, 2025, mediation.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ *Sonya Gidumal-Chazin*
Sonya Gidumal-Chazin
Assistant Corporation Counsel

cc:   Counsel of Record (By ECF)