

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/7/2025
```

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | SONYA GIDUMAL-CHAZIN<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-0890<br>Fax: (212) 356-1148<br>E-mail: schazin@law.nyc.gov |
|---|---|---|

**MEMO ENDORSED**

April 4, 2025

**BY ECF**
Honorable Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

> Application GRANTED. The parties must submit a status update regarding the outcome of the mediation no later than **April 16, 2025**. If the parties have not managed to conduct the mediation by April 9, 2025 (which is their fifth adjourned date), they must submit a proposed schedule for the submission of their summary judgment motions and/or their proposed joint pretrial order. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> April 7, 2025

Re:   <u>Dawn Hall v. City of New York</u>
       22 CV 10193 (GHW-BCM)

Dear Judge Moses:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorneys for Defendant representing the City of New York in the above-captioned proceeding. On behalf of both parties, we respectfully submit this joint status report and request a short adjournment of the mediation currently scheduled for March 28, 2025, to April 9, 2025.

      As previously reported, Plaintiffs were to produce records in order to assist Defendant in seeking authorization to settle this matter. These documents have been received but due to the volume of these materials, additional time was needed to review the documents and complete the internal authorization process. All relevant materials have now been submitted to the Office of the Comptroller for consideration. In full disclosure, it remains uncertain whether settlement authority will be granted by April 9, 2025. Once authority is received, however, there is a chance that parties may be able to settle this matter without a need for a mediation. In light of the foregoing, the parties respectfully request the following:

1. An adjournment of the mediation from March 28, 2025, to April 9, 2025; and
2. Permission to submit a further joint status report regarding settlement progress in 30 days.

We thank the Court for its attention to this matter.

                                                   Respectfully Submitted,

                                                   /s/ *Sonya Gidumal-Chazin*
                                                   Sonya Gidumal-Chazin
                                                   Assistant Corporation Counsel

cc:     Counsel of Record (By ECF**)**